

would be premature. Accordingly, it is ordered that the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 12–0194/AR. U.S. v. Evan Vela. CCA 20080133. Appellant's motion to extend time to file a brief granted to March 21, 2012.

No. 12–0395/AR. U.S. v. Robert W. Medeiros. CCA 20081092. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 30, 2012.

No. 12–0338/AF. U.S. v. Michael J. Salinas. CCA S31983. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Air Force Court of Criminal Appeals is affirmed.*[See also ORDERS GRANTING PETITION FOR REVIEW this date.]

* It is directed that the promulgating order be corrected to reflect that the plea and finding to Charge IV (Art. 128) were guilty, vice not guilty.